JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NATHANIEL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:92-cr-05264 LJO |
| Plaintiff, | STIPULATION TO MOVE DISPOSITIONAL HEARING ON SUPERVISED RELEASE VIOLATION; ORDER |
| v. | |
| NATHANIEL JONES, | |
| Defendant. | Date: April 8, 2013<br>Time: 10:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Dispositional hearing in the above captioned matter, now scheduled for 10:00 A.M. on March 25, 2013 before The Honorable Lawrence J. O'Neill **may be moved to April 8, 2013 at 10:00 A.M.**

This request is made by the United States Probation Officer. Assistant United States Attorney Laurel J. Montoya is not opposed to this request.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 14, 2013          By  /s/ *Laurel J. Montoya*
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

1

JOSEPH SCHLESINGER
Acting Federal Defender

DATED:  March 14, 2013          By   */s/ Francine Zepeda*
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     NATHÁNIEL JONES

## ORDER

For good cause shown, the dispositional hearing in the above-captioned matter is hereby moved to April 8, 2013, at 10:00 A.M.

IT IS SO ORDERED.

**Dated:**   **March 14, 2013**          /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Dispositional Hearing;
[Proposed] Order                     -2-