# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**NATHANIEL JONES**<br>(Defendant's Name) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:92CR05264-002** |
| **Date of Original Judgment: 4/9/2013**<br>(Or Date of Last Amended Judgment) | Francine Zepeda<br>Defendant's Attorney |

**Reason for Amendment:** Correction of Sentence for Clerical Mistake (institution recommendation added) (Fed. R. Crim. P. 36)

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges 1 and 2 as alleged in the violation petition filed on 1/23/2013.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | Unlawful Use of a Controlled Substance | 11/23/2012 |
| Charge 2 | Possession of a Controlled Substance | 12/19/2012 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on   12/13/1993  .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

4/8/2013
Date of Imposition of Sentence

/s/ LAWRENCE J. O'NEILL
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

4/12/2013
Date

PDF created with pdfFactory trial version www.pdffactory.com

CASE NUMBER: 1:92CR05264-002　　　　　　　　　　　　　　Judgment - Page 2 of 2
DEFENDANT: NATHANIEL JONES

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months .

[ ]　　　No TSR: Defendant shall cooperate in the collection of DNA.

[✔]　　　*The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant be incarcerated in a California facility, specifically Lerdo, but only insofar as this accords with security classification and space availability.**

[✔]　　　The defendant is remanded to the custody of the United States Marshal.

[ ]　　　The defendant shall surrender to the United States Marshal for this district.
　　　　　[ ] at ___ on ___.
　　　　　[ ] as notified by the United States Marshal.

[ ]　　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　　　[ ] before _ on ___.
　　　　　[ ] as notified by the United States Marshal.
　　　　　[ ] as notified by the Probation or Pretrial Services Officer.
　　　　　If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
　　　　Deputy U.S. Marshal

PDF created with pdfFactory trial version www.pdffactory.com